IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TOM GROTHAUS D/B/A**
**AFFORDABLE CONCRETE,**

      **Plaintiff,**

**vs.**                                  **No. 05-CV-472 DRH**

**CITY OF FAIRVIEW HEIGHTS,**
**ILLINOIS, and GAIL D. MITCHELL,**

      **Defendants.**

## ORDER

Based upon the Stipulation for Dismissal (Doc 16 ) filed in this case, the plaintiff's cause of action against Defendants City of Fairview Heights and Gail D. Mitchell is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: This   21st   day of   November  , 2005.

                                                /s/                    David RHerndon
                                                **UNITED STATES DISTRICT JUDGE**