IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TOM GROTHAUS D/B/A**
**AFFORDABLE CONCRETE,**

    **Plaintiff,**

    vs.                                            Cause No.  05-CV-472 DRH

**CITY OF FAIRVIEW HEIGHTS,**
**ILLINOIS, and GAIL D. MITCHELL,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** to the rights of the plaintiff to recommence said suit.---------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

November 21, 2005                    By:   s/Patricia Brown
                                                    Deputy Clerk

APPROVED: /s/   David RHerndon
                **U.S. DISTRICT JUDGE**